UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CSAIL 2018-CX12 ROUTE 9
POUGHKEEPSIE HOTEL LLC,
            Plaintiff,

**ORDER**

v.

20 CV 9628 (VB)

SOUTH ROAD HOSPITALITY LLC, ROUTE
9 HOTEL LLC, and BHAVANA PATEL,
            Defendants.
--------------------------------------------------------------x

      On April 11, 2022, the Court entered a Stipulation and Order ordering that the receiver in this action, Chris Neilson, shall wind up the Receivership Estate and file a final accounting and application for payment no later than June 7, 2022.  (Doc. #44).

      On May 18, 2022, following a status conference at which counsel for the parties appeared, the Court ordered that by June 21, 2022, defense counsel shall submit a joint letter updating the Court on the winding up of the receivership estate, the final accounting, the receiver's application for payment, and any other outstanding matters in this case.  (Doc. #45).

      After defense counsel failed to submit the joint letter, the Court, <u>sua sponte</u> extended defense counsel's deadline to submit the joint letter to July 1, 2022.  (Doc. #46).

      To date, defense counsel has not filed the joint letter.

      On July 6, 2022, the receiver filed a "Motion to Discharge and Approval of Receiver's Final Accounting."  (Doc. #48).

      Accordingly, it is hereby ORDERED:

1. By July 21, 2022, defendants shall respond to the receiver's motion.  Defendants' response shall include a proposed order containing the relief defendants believe appropriate.  **Defendants' response shall also include an explanation as to why defense counsel should not be sanctioned for failure to comply with the Court's orders**.

2. By July 28, 2022, the receiver shall file a reply.  The receiver's reply shall include a proposed order containing the specific relief requested.

Dated: July 7, 2022
       White Plains, NY

                                       SO ORDERED:

                                       Vincent L. Briccetti
                                       United States District Judge