UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CSAIL 2018-CX12 ROUTE 9            :
POUGHKEEPSIE HOTEL LLC,            :
                    Plaintiff,    :          **ORDER OF DISMISSAL**
v.                                :
                                  :          20 CV 9628 (VB)
SOUTH ROAD HOSPITALITY LLC, ROUTE :
9 HOTEL LLC, and BHAVANA PATEL,   :
                    Defendants.   :
-----------------------------------------------------------x

On December 20, 2021, the parties advised the Court that they settled this case, but are awaiting the filing of a final accounting and application for payment by the receiver appointed by the Court on December 22, 2020.

On July 28, 2022, defendants and the receiver informed the Court that they agreed to a stipulation discharging the receiver and approving the receiver's final accounting, which the parties filed on July 29, 2022.  (Doc. #54).

Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application is made by no later than September 1, 2022.  To be clear, any application to restore the action must be filed by September 1, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled.  Any pending motions are moot.

Dated: August 1, 2022
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti, U.S.D.J.